■ FRANCIS P. OSCIER, Appellant, v JOANNE V. MUSTY, Appellant, and T&T CONCRETE, INC., Respondent, et al., Defendant. (Appeal No. 2.) [29 NYS3d 205]—Appeals from an order of the Supreme Court, Erie County (Jeremiah J. Moriarty, III, J.), entered January 12, 2015. The order granted the motion of defendant T&T Concrete, Inc. for summary judgment and dismissed the complaint against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Oscier v Musty* ([appeal No. 1] 138 AD3d 1402 [2016]). Present—Whalen, P.J., Smith, Carni, NeMoyer and Curran, JJ.

■ FRANCIS P. OSCIER, Plaintiff, v JOANNE V. MUSTY, Appellant, and T&T CONCRETE, INC., Respondent, et al., Defendant. (Appeal No. 3.) [29 NYS3d 205]—Appeal from an order of the Supreme Court, Erie County (Jeremiah J. Moriarty, III, J.), entered January 12, 2015. The order granted the motion of defendant T&T Concrete, Inc. for summary judgment and dismissed the cross claims against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Oscier v Musty* ([appeal No. 1] 138 AD3d 1402 [2016]). Present—Whalen, P.J., Smith, Carni, NeMoyer and Curran, JJ.